IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY H. MCLEOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 2:12cv782-WHA |
| | ) |
| THE UNITED STATES OF AMERICA, | )              (WO) |
| | ) |
| Defendant. | ) |

**<u>JUDGMENT</u>**

Pursuant to the Memorandum Opinion and Order of the court entered on this day,

Final Judgment is entered in favor of the Defendant, United States of America, and

against the Plaintiff, Mary H. McLeod, and this case is DISMISSED without prejudice.  Costs

are taxed to the Plaintiff.

DONE this 9th day of January, 2013.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE